# IN THE SUPREME COURT OF PENNSYLVANIA

|                                    |   |                          |
|------------------------------------|---|--------------------------|
|                                    | : | NO. 426                  |
| IN RE:                             | : |                          |
|                                    | : | MAGISTERIAL RULES DOCKET |
| APPOINTMENT TO MINOR JUDICIARY     | : |                          |
| EDUCATION BOARD                    | : |                          |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of September, 2018, Nicholas J. Wachinski, Esquire, Lancaster County, is hereby designated as a member of the Minor Judiciary Education Board for a term of three years, commencing December 1, 2018.